IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARS LLC, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | No. 3:25-CV-449-E-BW | |
| § | | |
| MITCHELL McCOO, JR., and § | | |
| all other occupants, § | | |
|     Defendants. § | | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER REMANDING**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed on May 18, 2025. (ECF No. 9). The magistrate judge recommended that the Court remand this action to Justice Court, Precinct 4, Place 1, Dallas County, Texas, from which it was removed because Defendant has not shown that subject matter jurisdiction exists over Plaintiff's claims asserted in this action. Defendant McCoo, Jr. filed objections. (*See* ECF Nos. 15; 18).

The Court has conducted a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made and has reviewed all other portions for plain error. The objections are overruled, no plain error is found, and the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (*See* ECF No. 9).

This action is **IMMEDIATELY REMANDED** to the state court—from which it was removed—due to this Court's lack of subject-matter jurisdiction: **Justice of the Peace Court, Precinct 4, Place 1, Dallas County, Texas, JPC-25-01603-41.**

SO ORDERED this 9th day of April, 2025.

*(signature)*

ADA BROWN
UNITED STATES DISTRICT JUDGE